# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DAVID ROBINSON, | : | |
| | : | Case No. 3:17cv00403 |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| MONTGOMERY COUNTY DISTRICT | : | |
| 1 COURTS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER TRANSFERRING REFERENCE

Plaintiff David Robinson is an inmate at the London, Ohio Correctional Institution. He brings this case *pro se* and *in forma pauperis*. He alleges that he has done all his "stated terms" and served all of his sentence. *See* Doc. #1, *PageID* #2 ("I did all of my time."). He asks the Court to vacate his sentence to post-release control. He specifies, "I am not filing a money lawsuit, I am filing to be released from this post-release control from or through the Ohio Adult Parole Authority." *Id*. at 3.

"[H]abeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release, even though such a claim may come within the literal terms of [42 U.S.C.] § 1983." *Heck v. Humphrey*, 512 U.S. 477, 481 (1994) (discussing *Preiser v. Rodriguez*, 411 U.S. 475, 488-90 (1973)). Plaintiff's Complaint essentially seeks relief in the form of a writ of habeas corpus because, rather than pursuing money damages, he asks for an immediate or

speedier release from his present confinement and from his sentence to post-release control.  This case is therefore **TRANSFERRED** from Magistrate Judge Sharon L. Ovington's docket to the docket Magistrate Judge Michael R. Merz.

December 7, 2017                                                *s/Sharon L. Ovington*
                                                                 Sharon L. Ovington
                                                                 United States Magistrate Judge