# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID ROBINSON,

        Petitioner,       :      Case No. 3:17-cv-403

  - vs -                          District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

OHIO ADULT PAROLE AUTHORITY,

                                 :

        Respondent.

## ORDER TO FILE HABEAS CORPUS PETITION IN REQUIRED FORM

This case is before the undersigned Magistrate Judge upon transfer from Magistrate Judge Sharon L. Ovington upon her determination that Mr. Robinson's Complaint (ECF No. 1) seeks relief that this Court can grant only pursuant to 28 U.S.C. § 2254 which authorizes federal courts to consider allegations that a state court conviction and sentence violate the United States Constitution.

In order to begin to process Mr. Robinson's case, the Court needs the information required by the standard form of petition for writ of habeas corpus. Accordingly, the Clerk is ordered to furnish Mr. Robinson with the standard form and he is ordered to complete it and file it with this Court not later than January 5, 2018.

December 8, 2017.

                                                              s/ *Michael R. Merz*
                                                        United States Magistrate Judge