# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DAVID ROBINSON, : | |
| Petitioner, | Case No. 3:17-cv-403 |
| - vs - | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| OHIO ADULT PAROLE AUTHORITY, | |
| Respondent. : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the instant case be dismissed without prejudice based on the filing of Defendant's habeas petition in Case No. 3:18-cv-001.

January 31, 2018.                              *s/Thomas M. Rose
                                                            Thomas M. Rose
                                                   United States District Judge