# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| David Robinson<br>*Plaintiff*<br>v.<br>Ohio Adult Parole Authority<br>*Defendant* | Civil Action No. 3:17-CV-403 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Case is Dismissed with Prejudice based on the filing of Defendant's habeas petition in Case No. 3:18-cv-001.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for _____

Date: 2/2/18

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk